# *EXHIBIT 1*

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS BASED UPON LACK OF JURISDICTION AND IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

Pension Trust Fund for Operating Engineers, et al. v. Acme Concrete Pumping, Inc., et al.

*USDC, Case No.: CV 12-4410 JSW*

**U.S. District Court -- Judicial Caseload Profile**

| CALIFORNIA NORTHERN | | | | 12-Month Periods Ending September 30 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | Numerical Standing Within | | |
| Overall Caseload Statistics | | Filings* | | 8,683 | 7,970 | 7,295 | 7,576 | 7,424 | 7,733 | | | |
| | | Terminations | | 6,983 | 6,777 | 7,402 | 7,403 | 8,640 | 8,290 | U.S. | | Circuit |
| | | Pending | | 8,157 | 9,005 | 8,882 | 8,579 | 7,327 | 6,645 | | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | | 4.2 | Over Last Year | 37 | | 9 |
| | | | | -11.0 | -3.0 | 6.0 | 2.1 | Over Earlier Years | | 81 | | 13 |
| | | Number of Judgeships | | 14 | 14 | 14 | 14 | 14 | 14 | | | |
| | | Vacant Judgeship Months** | | 0.0 | 0.0 | 5.9 | 22.0 | 33.9 | 18.7 | | | |
| Actions per Judgeship | Filings | | Total | 620 | 569 | 521 | 541 | 530 | 553 | 25 | | 7 |
| | | | Civil | 558 | 505 | 441 | 433 | 435 | 471 | 17 | | 3 |
| | | | Criminal Felony | 37 | 33 | 42 | 64 | 52 | 49 | 70 | | 12 |
| | | | Supervised Release Hearings | 25 | 31 | 38 | 44 | 43 | 33 | 30 | | 10 |
| | | Pending Cases | | 583 | 643 | 634 | 613 | 523 | 475 | 29 | | 6 |
| | | Weighted Filings** | | 621 | 624 | 592 | 607 | 593 | 631 | 16 | | 5 |
| | | Terminations | | 499 | 484 | 529 | 529 | 617 | 592 | 16 | | 5 |
| | | Trials Completed | | 8 | 8 | 6 | 6 | 12 | 17 | 64 | | 9 |
| Median Time (Months) | From Filing to Disposition | | Criminal Felony | 11.2 | 12.4 | 11.2 | 6.9 | 8.7 | 9.5 | 52 | | 10 |
| | | | Civil** | 7.4 | 6.7 | 7.7 | 9.4 | 9.8 | 8.0 | 28 | | 5 |
| | | From Filing to Trial (Civil Only)** | | 25.0 | 24.9 | 30.0 | 24.5 | 21.5 | 34.3 | 70 | | 8 |
| Other | | Number (and %) of Civil Cases Over 3 Years Old | | 528 | 393 | 488 | 1,220 | 837 | 516 | | | |
| | | | | 7.3 | 4.7 | 6.0 | 15.7 | 12.8 | 8.8 | 70 | | 10 |
| | | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.2 | 1.3 | 1.2 | 1.2 | 1.4 | | | |
| | Jurors | Average Present for Jury Selection | | 59.1 | 53.8 | 64.1 | 77.5 | 62.1 | 64.5 | | | |
| | | Percent Not Selected or Challenged | | 43.2 | 41.9 | 42.1 | 48.5 | 39.4 | 35.5 | | | |

**For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below**
**Open the Fold-Out Page at the Back Cover**

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 6,591 | 131 | 186 | 1,537 | 34 | 499 | 575 | 672 | 310 | 561 | 857 | 68 | 1,161 |
| Criminal* | 679 | 7 | 116 | 249 | 92 | 113 | 12 | 22 | 10 | 9 | 16 | 17 | 16 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
** See "Explanation of Selected Terms."

**U.S. District Court -- Judicial Caseload Profile**

| NEVADA | | | | 12-Month Periods Ending September 30 | | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | | | |
| **Overall Caseload Statistics** | | Filings* | | 2,970 | 2,981 | 3,207 | 4,175 | 4,021 | 3,882 | | **U.S.** | **Circuit** |
| | | Terminations | | 2,671 | 2,923 | 3,070 | 3,439 | 3,726 | 3,805 | | | |
| | | Pending | | 3,375 | 3,379 | 3,431 | 4,001 | 4,213 | 4,000 | | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | | | | | | -3.5 | Over Last Year | | 71 | 13 |
| | | | | 30.7 | 30.2 | 21.0 | -7.0 | Over Earlier Years | | | 13 | 5 |
| | | Number of Judgeships | | 7 | 7 | 7 | 7 | 7 | 7 | | | |
| | | Vacant Judgeship Months** | | 0.8 | 0.0 | 0.0 | 0.5 | 7.1 | 4.2 | | | |
| **Actions per Judgeship** | **Filings** | Total | | 424 | 426 | 459 | 597 | 574 | 554 | | 24 | 6 |
| | | Civil | | 326 | 352 | 370 | 475 | 442 | 443 | | 20 | 5 |
| | | Criminal Felony | | 69 | 46 | 52 | 79 | 95 | 77 | | 36 | 8 |
| | | Supervised Release Hearings | | 29 | 28 | 37 | 43 | 37 | 34 | | 27 | 9 |
| | Pending Cases | | | 482 | 483 | 490 | 572 | 602 | 571 | | 16 | 2 |
| | Weighted Filings** | | | 476 | 478 | 465 | 577 | 603 | 575 | | 23 | 7 |
| | Terminations | | | 382 | 418 | 439 | 491 | 532 | 544 | | 21 | 8 |
| | Trials Completed | | | 15 | 14 | 23 | 22 | 22 | 26 | | 23 | 4 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | | 11.6 | 14.2 | 13.5 | 10.0 | 9.1 | 9.5 | | 52 | 10 |
| | | Civil** | | 9.1 | 9.6 | 9.5 | 7.0 | 8.0 | 8.1 | | 31 | 7 |
| | From Filing to Trial (Civil Only)** | | | 29.5 | 29.5 | 35.0 | 42.8 | 28.4 | 36.3 | | 75 | 10 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old | | | 121 | 146 | 166 | 153 | 257 | 179 | | | |
| | | | | 4.6 | 5.2 | 5.7 | 4.6 | 7.5 | 5.5 | | 52 | 5 |
| | Average Number of Felony Defendants Filed per Case | | | 1.3 | 1.3 | 1.2 | 1.2 | 1.2 | 1.3 | | | |
| | Jurors | Average Present for Jury Selection | | 51.9 | 73.3 | 76.5 | 63.1 | 45.6 | 60.1 | | | |
| | | Percent Not Selected or Challenged | | 35.1 | 58.8 | 56.6 | 50.4 | 37.6 | 46.6 | | | |

**For National Profile and Nature of Suit and Nature of Offense Classifications Shown Below
Open the Fold-Out Page at the Back Cover**

| 2011 Civil and Criminal Felony Case Filings by Nature of Suit and Offense | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,103 | 24 | 29 | 749 | 38 | 406 | 133 | 529 | 299 | 193 | 427 | 3 | 273 |
| Criminal* | 539 | 7 | 98 | 122 | 99 | 59 | 42 | 56 | 5 | 19 | 7 | 5 | 20 |

* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
** See "Explanation of Selected Terms."

# *EXHIBIT 2*

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS BASED UPON LACK OF
JURISDICTION AND IMPROPER VENUE, OR IN THE ALTERNATIVE, TO
TRANSFER VENUE**

Pension Trust Fund for Operating Engineers, et al. v. Acme Concrete Pumping, Inc., et al.
*USDC, Case No.: CV 12-4410 JSW*

All people Speak without discrimination
common good privacy Liberty Conscience

## California Secretary of State Debra Bowen

Secretary of State   Administration   Elections   **Business Programs**   Political Reform   Archives   Registries

## Business Entity Detail

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business
  Relations Program**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business
  Solicitations**

Data is updated weekly and is current as of Friday, September 28, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | ACME CONCRETE PUMPING, INC. |
| Entity Number: | C1656043 |
| Date Filed: | 01/10/1990 |
| Status: | SURRENDER |
| Jurisdiction: | NEVADA |
| Entity Address: | 5395 LOUIE LN |
| Entity City, State, Zip: | RENO NV 89511 |
| Agent for Service of Process: | JAMES PORTER JR |
| Agent Address: | PORTER SIMON PROFESSIONAL CORP, 40200 TRUCKEE AIRPORT RD |
| Agent City, State, Zip: | TRUCKEE CA 96161 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

# *EXHIBIT 3*

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS BASED UPON LACK OF JURISDICTION AND IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

Pension Trust Fund for Operating Engineers, et al. v. Acme Concrete Pumping, Inc., et al.

*USDC, Case No.: CV 12-4410 JSW*



DEPARTMENT OF CONSUMER AFFAIRS

# Contractors State License Board

# Contractor's License Detail - License # 812851

⚠ **DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

- ≫ CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.

- ≫ Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.

- ≫ Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.

- ≫ Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

| | | |
|---|---|---|
| **License Number** | **812851** | **Extract Date**  10/2/2012 |
| **Business Information** | ACME CONCRETE PUMPING INC | |
| | Business Phone Number: (775) 398-2004 | |
| | 5395 LOUIE LANE<br>RENO, NV 89511 | |
| **Entity** | Corporation | |
| **Issue Date** | 09/18/2002 | |
| **Expire Date** | 08/06/2012 | |

**License Status**

**CANCELED**

This license is canceled and not able to contract.

**Classifications**

| CLASS | DESCRIPTION |
|---|---|
| C-8 | CONCRETE |

CONTRACTOR'S BOND

This license filed a Contractor's Bond with GREAT AMERICAN INSURANCE COMPANY.

**Bond Number:** 3441996

**Bond Amount:** $12,500

**Effective Date:** 01/01/2007

**Bonding**

**Cancellation Date:** 05/04/2011
Contractor's Bond History

BOND OF QUALIFYING INDIVIDUAL

1.   The Responsible Managing Officer (RMO) TEDESCO GREGORY FRANK certified that he/she owns 10 percent or more of the voting stock/equity of the

corporation. A bond of qualifying individual is **not** required.

**Effective Date:** 09/18/2002

WORKERS' COMPENSATION

| | |
|---|---|
| **Workers' Compensation** | This license has workers compensation insurance with<br>INSURANCE COMPANY OF THE WEST<br><br>**Policy Number:** WLV500066801<br><br>**Effective Date:** 10/01/2009<br><br>**Expire Date:** 10/01/2010<br><br>Workers' Compensation History |

| | DATE | DESCRIPTION |
|---|---|---|
| **Miscellaneous Information** | 08/06/2012 | SECRETARY OF STATE - DISSOLUTION |

Personnel listed on this license (current or disassociated) are listed on other licenses.

Personnel List          Other Licenses

Conditions of Use | Privacy Policy
Copyright © 2010 State of California

 DEPARTMENT OF CONSUMER AFFAIRS

# Contractors State License Board

# Contractor's License Detail (Personnel List)

**Contractor License #:** 812851

**Contractor Name:**   ACME CONCRETE PUMPING INC

*Click on the person's name to see a more detailed page of information on that person*

| NAME | TITLE | ASSOCIATION DATE | DISASSOCIATION DATE | CLASS | MORE CLASS |
|------|-------|------------------|---------------------|-------|------------|
| GEORGE DOUGLAS BALL | OFFICER | 09/18/2002 | | | |
| GREGORY FRANK TEDESCO | RMO | 09/18/2002 | | C-8 | |
| LORA PATTON TEDESCO | CEO/PRESIDENT | 09/18/2002 | | | |

Conditions of Use | Privacy Policy
Copyright © 2010 State of California

 DEPARTMENT OF CONSUMER AFFAIRS
# Contractors State License Board

# Contractor's License Detail (Other Licenses)

**Contractor License #:**    812851

**Contractor Name:**    ACME CONCRETE PUMPING INC

*Select the license name you would like to check for additional status details*

| CONTRACTOR'S NAME | LICENSED WITH | STATUS |
|---|---|---|
| GEORGE DOUGLAS BALL | TEDESCO PACIFIC CONSTRUCTION INC | Active |
| GREGORY FRANK TEDESCO | TEDESCO PACIFIC CONSTRUCTION INC | Active |
| LORA PATTON TEDESCO | TEDESCO PACIFIC CONSTRUCTION INC | Active |

Conditions of Use | Privacy Policy
Copyright © 2010 State of California

# *EXHIBIT 4*

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS BASED UPON LACK OF JURISDICTION AND IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

Pension Trust Fund for Operating Engineers, et al. v. Acme Concrete Pumping, Inc., et al.

*USDC, Case No.: CV 12-4410 JSW*

common good   privacy   All people Liberty   Speak   without discrimination.
Conscience

# California Secretary of State Debra Bowen

Secretary of State    Administration   Elections   **Business Programs**   Publications   Archives   Securities

## Business Entities (BE)

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business
  Relations Program**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business
  Solicitations**

## Business Entity Detail

Data is updated weekly and is current as of Friday, September 28, 2012. It is not a complete or certified record of the entity.

| | |
|---|---|
| Entity Name: | TEDESCO PACIFIC CONSTRUCTION, INC. |
| Entity Number: | C2935764 |
| Date Filed: | 11/20/2006 |
| Status: | ACTIVE |
| Jurisdiction: | NEVADA |
| Entity Address: | PO BOX 51179 |
| Entity City, State, Zip: | SPARKS NV 89435 |
| Agent for Service of Process: | JAMES L PORTER JR |
| Agent Address: | 40200 TRUCKEE AIRPORT RD |
| Agent City, State, Zip: | TRUCKEE CA 96161 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

**Privacy Statement** | **Free Document Readers**
Copyright © 2012   California Secretary of State

# *EXHIBIT 5*

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS BASED UPON LACK OF JURISDICTION AND IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

Pension Trust Fund for Operating Engineers, et al. v. Acme Concrete Pumping, Inc., et al.

*USDC, Case No.: CV 12-4410 JSW*



# DEPARTMENT OF CONSUMER AFFAIRS
# Contractors State License Board

# Contractor's License Detail - License # 917941

⚠ DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.

⇉ CSLB complaint disclosure is restricted by law (B&P 7124.6) If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.

⇉ Per B&P 7071.17 , only construction related civil judgments reported to the CSLB are disclosed.

⇉ Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.

⇉ Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

| License Number | **917941** | | **Extract Date** 10/2/2012 |
| --- | --- | --- | --- |
| | TEDESCO PACIFIC CONSTRUCTION INC | | |
| **Business Information** | Business Phone Number: (775) 825-7277 | | |
| | 1605 MARIETTA WAY SPARKS, NV 89431 | | |
| **Entity** | Corporation | | |
| **Issue Date** | 06/20/2008 | | |
| **Expire Date** | 06/30/2014 | | |

**License Status**

**ACTIVE**

This license is current and active. **All information below should be reviewed.**

**Classifications**

| CLASS | DESCRIPTION |
| --- | --- |
| B | GENERAL BUILDING CONTRACTOR |
| C-8 | CONCRETE |

CONTRACTOR'S BOND

This license filed a Contractor's Bond with PLATTE RIVER INSURANCE COMPANY.

**Bond Number:** A270003855

**Bond Amount:** $12,500

**Effective Date:** 11/18/2010

**Bonding**

Contractor's Bond History

BOND OF QUALIFYING INDIVIDUAL

1.   The Responsible Managing Officer (RMO) TEDESCO GREGORY FRANK certified that he/she owns 10 percent or more of the voting stock/equity of the

corporation. A bond of qualifying individual is **not** required.

**Effective Date:** 06/20/2008

A&%%% %%PPI%%%%ON

**Workers' Compensation**

This license has workers compensation insurance with
INSURANCE COMPANY OF THE WEST

**Policy Number:** WLV500066803

**Effective Date:** 10/01/2011

**Expire Date:** 10/01/2012

Workers' Compensation History

Personnel List

Conditions of Use | Privacy Policy
Copyright © 2010 State of California

 DEPARTMENT OF CONSUMER AFFAIRS
# Contractors State License Board

# Contractor's License Detail (Personnel List)

**Contractor License #:** 917941

**Contractor Name:** TEDESCO PACIFIC CONSTRUCTION INC

*Click on the person's name to see a more detailed page of information on that person*

| NAME | TITLE | ASSOCIATION DATE | DISASSOCIATION DATE | CLASS | MORE CLASS |
|---|---|---|---|---|---|
| GEORGE DOUGLAS BALL | OFFICER | 06/20/2008 | | | |
| GREGORY FRANK TEDESCO | RMO/CEO/PRES | 06/20/2008 | | B | More |
| LORA PATTON TEDESCO | OFFICER | 06/20/2008 | | | |

Conditions of Use | Privacy Policy
Copyright © 2010 State of California