RICHARD C. JOHNSON (SBN 40881)
JULIE A. OSTIL (SBN 215202)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
djohnson@sjlawcorp.com
jostil@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ACME CONCRETE PUMPING, INC., a Nevada corporation, et al.,<br><br>Defendants. | Case No.:  C 12-04410 JSW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALL RELATED DEADLINES; [PROPOSED] ORDER THEREON**<br><br>Date:   January 18, 2013<br>Time:  1:30 p.m.<br>Courtroom 11, 19th Floor<br>Judge: The Honorable Jeffrey S. White |
|---|---|

Plaintiffs herein respectfully request that the Case Management Conference currently on calendar for January 18, 2013, 1:30 p.m., and all related deadlines, be continued for 60 days, due to a Motion to Compel Arbitration filed by Defendants on October 23, 2012, and scheduled to be heard on January 18, 2013.  Docket 23.

1.   Good Cause exists for the request:  This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 (29 U.S.C §§1001-1461 (1982)), to recover withdrawal liability amounts owed by ACME Concrete Pumping, Inc., and its controlled group members to plaintiffs Pension Trust Fund for Operating Engineers, F.G. Crosthwaite, and Russell E. Burns ("Plaintiffs").

2. On August 22, 2012, plaintiffs filed a Complaint in this matter. Docket 1.

3. Service was effectuated on Defendants Tedesco Leasing, Ltd., Pacific Rim Commercial Concrete, Inc., and Tractor & Equipment Center, LLC, on August 28, 2012. Service was effectuated on Defendants Tedesco Pacific Construction, Inc., and ACME Concrete Pumping, Inc., on August 29, 2012. Proofs of Service were filed with the Court on October 2, 2012. Docket 16. On September 13, 2012, counsel for Defendants filed a Notice of Appearance, appearing for all named Defendants. Docket 6.

4. On September 25, 2012, Defendants filed a Motion to Dismiss Based Upon Lack of Jurisdiction and Improper Venue, or in the Alternative, to Transfer Venue. Docket 15. Plaintiffs filed an opposition on October 2, 2012, to which Defendants Replied on October 19, 2012. Dockets 17 & 22. This court denied the Motion to Dismiss Based Upon Lack of Jurisdiction and Improper Venue, or in the Alternative, to Transfer Venue on November 1, 2012. Docket 27.

5. On October 22, 2012, two months after the Fund had filed its suit in federal court, Defendants sent to the American Arbitration Association a demand for Arbitration regarding their withdrawal liability. Subsequently, on October 23, 2012, Defendants a Motion to Compel Arbitration. Docket 23. Plaintiffs filed an Opposition on November 6, 2012, to which Defendants Replied on November 13, 2012. Docket 28 & 32. A hearing on Motion to Compel Arbitration is currently scheduled to be heard on January 18, 2013.

6. If the parties are required to go forward on the current date, both sides will have to expend fees for a meet and confer, drafting of a joint CMC statement and ADR procedures which may be obviated by the results of the motion. Therefore, Plaintiffs respectfully request that the Case Management Conference currently scheduled for January 18, 2012, and all of its associated deadlines, be continued for 60 days pending the results of Defendants' Motion to Compel Arbitration.

///

///

///

-2-
REQUEST TO CONTINUE CMC; [PROPOSED] ORDER THEREON
Case No.: C 12-04410 JSW

P:\CLIENTS\OE3WL\CASES\Acme Concrete Pumping\Pleadings\CMC\Request to Continue CMC 111612.DOC

1   I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2   entitled action, and that the foregoing is true of my own knowledge.
3   Executed this 16th day of November, 2012, at San Francisco, California.

                                        SALTZMAN & JOHNSON LAW CORPORATION

                                        By: _____/S/_____
                                              Julie A. Ostil
                                              Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

   Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to   March 22, 2013   at 1:30 p.m. All related deadlines are extended accordingly.

Date: November 21, 2012          _____/s/ Jeffrey S. White_____
                                  THE HONORABLE JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE