John D. Moore, Esq.
California State Bar No. 239407
LAW OFFICES OF MICHAEL B. SPRINGER, PC
9628 Prototype Court
Reno, NV 89521
(775) 786-7445 tele.
(775) 786-7947 fax
jdmoore@springerlawnevada.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>ACME CONCRETE PUMPING, INC., a Nevada corporation; TEDESCO PACIFIC CONSTRUCTION, INC., a Nevada corporation; TEDESCO LEASING, LTD., a Nevada limited liability company; TRUCK & EQUIPMENT CENTER, LLC, a Nevada limited liability company; PACIFIC RIM COMMERCIAL CONCRETE, INC., a Nevada corporation; GREGORY TEDESCO, as trustee of the GREGORY AND LORA TEDESCO FAMILY TRUST; LORA TEDESCO, as trustee of the GREGORY AND LORA TEDESCO FAMILY TRUST; and DOES 1- 20,<br><br>Defendants. | Case No. 3:12-cv-04410-JSW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND TO MOVE CASE MANAGEMENT CONFERENCE**<br><br>Date: May 31, 2013<br>Time: 1:30 pm<br>Courtroom 11, 19th Floor<br>Judge: The Honorable Jeffrey S. White |

IT IS HEREBY STIPULATED AND ORDERED, by and between the parties hereto, through their respective counsel of record, that the Case Management Conference scheduled in this matter to occur on May 31, 2013, be continued, to permit the parties additional time to move forward with mediation in an effort to resolve this dispute. On May 6, 2013, the parties conducted a mediation with Ann Julius, the Court-appointed mediator assigned to this matter on appeal to the Ninth Circuit Court of Appeals. Representatives from the Defendants were in attendance, as well as counsel for the Defendants and personal counsel for Gregory and Lora Tedesco. Russell E. Burns, a named

Plaintiff trustee, was also in attendance with counsel. The parties made significant progress at this mediation, but feel that additional limited discovery will bolster settlement discussions. Because no discovery scheduling order has been issued in this matter, the parties wish to proceed with limited pre-scheduling order discovery in an effort to save time and money to determine early on in this case if settlement is possible. With this in mind, the parties hereby stipulate to continue the Case Management Conference currently scheduled to occur on May 31, 2013.

The Case Management Conference in this matter was originally scheduled to take place on January 18, 2013. On November 21, 2012, after Defendants filed a Motion to Compel Arbitration in this matter, Plaintiffs filed a Request to Continue Case Management Conference, in light of Defendants' Motion to Compel Arbitration. (Docket # 37). The Court granted Plaintiffs' request, continuing the Case Management Conference to March 22, 2013. (Id.). After the parties filed a Joint Case Management Statement on March 14, 2013, noting that the parties were going to engage in a mediation session in later April or early May of 2013, the Court unilaterally continued the Case Management Conference until May 31, 2013. (Docket # 48). After engaging in mediation with Ann Julius on May 6, 2013, the parties feel that additional limited discovery will assist the parties in their efforts to resolve this matter short of proceeding through litigation. Therefore, in accordance with LR 6-2 and LR 7-12, the parties stipulate as follows:

**I.  Plaintiffs have conducted the following discovery:**

1. Served initial disclosures on Defendants pursuant to FRCP 26(a) on March 14, 2013.

2. Reviewed documents produced to Plaintiffs voluntarily by Defendants for purposes of mediation (which will constitute Defendants' initial disclosures pursuant to FRCP 26(a) as soon as Plaintiffs execute the stipulated protective order Defendants forwarded to Plaintiffs in April of 2013).

3. Participated in mediation on May 6, 2013 with mediator Ann Julius.

**II.  Defendants have conducted the following discovery:**

1. Served document disclosures on Plaintiffs, which will constitute Defendants initial disclosures made pursuant to FRCP 26(a) as soon as Plaintiffs executed the stipulated protective order Defendants forward to Plaintiffs in April of 2013;

2. Reviewed Plaintiffs' initial disclosures made pursuant to FRCP 26(a).

3. Participated in mediation on May 6, 2013 with mediator Ann Julius.

**III.  The Parties will Conduct Additional Discovery in Furtherance of Mediation as Follows:**

1. A deposition in the nature of a debtor's exam of Lora Tedesco, a shareholder and officer of the Defendant companies, also named as a Defendant in her capacity as a trustee of the Gregory and Lora Tedesco Family Trust, currently scheduled to occur on June 17, 2013 in San Francisco, commencing at 10:00 am.

2. Defendants will produce the following additional documents:

   (A) Personal tax returns for Gregory and Lora Tedesco for the last four years;

   (B) Bank statements for each named Defendant for the last four months;

   (C) Bank statements for Gregory and Lora Tedesco for the last four months;

   (D) An asset list for Gregory and Lora Tedesco;

   (E) An asset list for each named Defendant;

   (F) If there are any legal entities that existed at the time Plaintiffs assessed withdrawal liability, documents related to these entities will be produced.

2. A further mediation has been scheduled to take place on July 8, 2013, with mediator Ann Julius in San Francisco, commencing at 10:00 am.

The parties request an extension of the Case Management Conference for a period of 60 days so the parties can continue to explore a resolution of this matter through mediation.

DATED this 21st day of May, 2013.            DATED this 21st day of May, 2013.

SALTZMAN & JOHNSON                            LAW OFFICES OF MICHAEL SPRINGER


By:  s/ Julie A. Richardson                   By:  s/ John D. Moore
     Julie A. Richardson                           John D. Moore
     *Attorney for Plaintiffs*                     *Attorney for Defendants*

**ORDER**

**IT IS SO ORDERED, PURSUANT TO STIPULATION,** that the Case Management Conference is hereby continued to August 9, 2013 at 1:30 p.m. All related deadlines are extended accordingly.

DATED: May 28, 2013

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE