John D. Moore, Esq.
California State Bar No. 239407
LAW OFFICES OF MICHAEL B. SPRINGER, PC
9628 Prototype Court
Reno, NV 89521
(775) 786-7445 tele.
(775) 786-7947 fax
jdmoore@springerlawnevada.com
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENSION PLAN FOR PENSION TRUST FUND FOR OPERATING ENGINEERS; F.G. CROSTHWAITE and RUSSELL E. BURNS, as Trustees,<br><br>Plaintiffs,<br><br>vs.<br><br>ACME CONCRETE PUMPING, INC., a Nevada corporation; TEDESCO PACIFIC CONSTRUCTION, INC., a Nevada corporation; TEDESCO LEASING, LTD., a Nevada limited liability company; TRUCK & EQUIPMENT CENTER, LLC, a Nevada limited liability company; PACIFIC RIM COMMERCIAL CONCRETE, INC., a Nevada corporation; GREGORY TEDESCO, as trustee of the GREGORY AND LORA TEDESCO FAMILY TRUST; LORA TEDESCO, as trustee of the GREGORY AND LORA TEDESCO FAMILY TRUST; and DOES 1- 20,<br><br>Defendants. | Case No. 3:12-cv-04410-WHO<br><br>**STIPULATION AND ORDER TO TO MOVE CASE MANAGEMENT CONFERENCE**<br><br><br>Date:  August 6, 2013<br>Time:  2:00 pm<br>Courtroom 2, 17th Floor<br>Judge: The Honorable William H. Orrick |

IT IS HEREBY STIPULATED AND ORDERED, by and between the parties hereto, through their respective counsel of record, that the Case Management Conference scheduled in this matter to occur on August 6, 2013, be continued, because of pre-existing conflicts related to that date. Counsel for the Defendants, John Moore, will be attending a previously scheduled mediation on August 6, 2013 in Las Vegas in another matter. The Las Vegas mediation has been scheduled for several months and cannot be re-set. Additionally, the parties are continuing their joint efforts to resolve this matter through mediation with Ann Julius, the Court-appointed mediator assigned to this

matter on appeal to the Ninth Circuit Court of Appeals. The parties have an August 5, 2013 deadline to respond to Ms. Julius' most recent settlement proposal, which was the result of the parties' July 8, 2013 mediation conducted in San Francisco. At this mediation, representatives from the Defendants were in attendance, as well as counsel for the Defendants and personal counsel for Gregory and Lora Tedesco. Russell E. Burns and F.G. Crosthwaithe, named Plaintiff trustees, were also in attendance with counsel. The parties made significant progress at this mediation and hope to be able to respond positively to Ms. Julius' most recent proposal. If not successful, the parties will appear at a Case Management Conference as soon as one can be scheduled with this Court, but the parties request scheduling this Case Management Conference to occur on Tuesday, September 24, 2013. With these issues in mind, the parties hereby stipulate to continue the Case Management Conference currently scheduled to occur on August 6, 2013.

The Case Management Conference in this matter was originally scheduled to take place on January 18, 2013. On November 21, 2012, after Defendants filed a Motion to Compel Arbitration in this matter, Plaintiffs filed a Request to Continue Case Management Conference, in light of Defendants' Motion to Compel Arbitration. (Docket # 37). The Court granted Plaintiffs' request, continuing the Case Management Conference to March 22, 2013. (Id.). After the parties filed a Joint Case Management Statement on March 14, 2013, noting that the parties were going to engage in a mediation session in later April or early May of 2013, the Court unilaterally continued the Case Management Conference until May 31, 2013. (Docket # 48). After engaging in mediation with Ann Julius on May 6, 2013 and again on July 8, 2013, and because counsel for Defendants has an unavoidable scheduling conflict on August 6, 2013, the parties stipulate that the Case Management Conference should be continued until September 24, 2013. Therefore, in accordance with LR 6-2 and LR 7-12, the parties stipulate as follows:

I.      **Plaintiffs have conducted the following discovery:**

    1.      Served initial disclosures on Defendants pursuant to FRCP 26(a) on March 14, 2013.

    2.      Reviewed documents produced to Plaintiffs voluntarily by Defendants for purposes of mediation (which will constitute Defendants' initial disclosures pursuant to FRCP 26(a) as soon as Plaintiffs execute the stipulated protective order Defendants forwarded to Plaintiffs in April of

2013).

3. Participated in mediation on May 6, 2013 and on July 8, 2013 with mediator Ann Julius.

## II. Defendants have conducted the following discovery:

1. Served document disclosures on Plaintiffs, which will constitute Defendants initial disclosures made pursuant to FRCP 26(a) as soon as Plaintiffs executed the stipulated protective order Defendants forward to Plaintiffs in April of 2013;

2. Produced numerous additional documents as previously stipulated as requested by Plaintiffs at the May 6, 2013 mediation, which included:

   (A) Personal tax returns for Gregory and Lora Tedesco for the last four years;

   (B) Bank statements for each named Defendant for the last four months;

   (C) Bank statements for Gregory and Lora Tedesco for the last four months;

   (D) An asset list for Gregory and Lora Tedesco;

   (E) An asset list for each named Defendant;

   (F) If there are any legal entities that existed at the time Plaintiffs assessed withdrawal liability, documents related to these entities will be produced.

3. Reviewed Plaintiffs' initial disclosures made pursuant to FRCP 26(a).

4. Participated in mediation on May 6, 2013 and on July 8, 2013 with mediator Ann Julius.

///
///
///
///
///
///
///
///
///

The parties request an extension of the Case Management Conference until September 24, 2013 to permit further exploration of possible settlement and to allow counsel for Defendants to attend the mediation previously scheduled to occur in Las Vegas in another matter on August 6, 2013. The parties also request authority to appear at the Case Management Conference by telephone.

DATED this 30th day of July, 2013.                DATED this 30th day of July, 2013.

SALTZMAN & JOHNSON                                LAW OFFICES OF MICHAEL SPRINGER

By: _s/ Julie A. Richardson_                      By: _s/ John D. Moore_

Julie A. Richardson                               John D. Moore

*Attorney for Plaintiffs*                         *Attorney for Defendants*

### ORDER

**IT IS SO ORDERED, PURSUANT TO STIPULATION,** that the Case Management Conference is hereby continued to September 24, 2013 at 2:00 pm. The parties are permitted to appear at the Case Management Conference by telephone. All related deadlines are extended accordingly.

DATED: August 2, 2013    _/s/ W. H. Orrick_

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE